21-20953-0 YE1 008

IN THE DISTRICT COURT OF BEAVER COUNTY
STATE OF OKLAHOMA

BEAVER COUNTY OKLAHOMA
**F I L E D**

MAR 30 2022

TAMMIE PATZKOWSKY
COURT CLERK
BY_____KF_____ DEPUTY

MIDLAND CREDIT MANAGEMENT, INC. )
    Plaintiff, )
vs. )  No. CS-2022-3
 )
 )
JAMIE BENDER, )
    Defendant. )

## PETITION FOR INDEBTEDNESS

COMES NOW the Plaintiff, by and through its undersigned attorneys who hereby enter their appearance herein, and for cause of action against the Defendant alleges and states:

1. SYNCHRONY BANK BANANA REPUBLIC VISA, provided credit to the defendant on account number XXXXXXXXXXXX3222. Defendant defaulted on the obligation. The account has been assigned to Plaintiff.

2. Defendant owes Plaintiff $8,169.17. An Affidavit of Account is attached hereto and incorporated by reference.

WHEREFORE, Plaintiff prays for Judgment against the Defendant in the sum of $8,169.17, with interest at the statutory rate, all court costs, and for such other relief as the Court may deem just and proper.

_/s/ William L. Nixon, Jr._
William L. Nixon, Jr., #012804
Harley L. Homjak, #019736
Neil Cooley, #033080
Aubrey E. DeClercq, #33923
Peggy S. Horinek, #010844
Jenifer A Gani, #021876
LOVE, BEAL & NIXON, P.C.
Attorney for Plaintiff
P.O. Box 32738
Oklahoma City, OK  73123
Telephone: 405/720-0565
Fax: 405/720-9570
E-Mail: Attorney@LBNLegal.com