AFFIDAVIT OF INDEBTEDNESS

Thomas Lydeen, whose business address is 16 McLeland Road Suite 101, St. Cloud, MN 56303, certifies and says:

1. I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc ("Plaintiff"). I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained by Plaintiff. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant's SYNCHRONY BANK account XXXXXXXXXXXX3222 (MCM Number 311614739) (hereinafter "the account").

2. I have access to and have reviewed the electronic records pertaining to the account maintained by Plaintiff and am authorized to make this affidavit on Plaintiff's behalf. The electronic records reviewed consist of data acquired from the seller or assignor when Plaintiff purchased or was assigned the account, together with records generated by Plaintiff in connection with servicing the account since the date Plaintiff purchased or was assigned the account.

3. I am familiar with and trained on the manner and method by which Plaintiff creates and maintains its business records pertaining to the Account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event by Plaintiff as a regular practice.

4. Plaintiff's records show that Defendant(s) owed a balance of $8,169.17 as of 2021-10-05.

5. On or about 2021-03-29, Midland Credit Management, Inc became the successor in interest to this account.

AFFIDAVIT OF INDEBTEDNESS - 1


311614739


AFFINDEBT


21-20953-0