6. Based upon my review of Plaintiff's business records: 1) Defendant(s) opened the SYNCHRONY BANK account on 2013-03-18; 2) the last payment posted to the account on 2020-06-04; and 3) the account was charged off on 2021-02-17.

7. The complete chain of title including SYNCHRONY BANK, the original creditor, and all post-charge-off purchasers/assignees of the debt are as follows:

    1. SYNCHRONY BANK                        2021-03-29

    2. Midland Credit Management, Inc.

8. If called to testify as a witness thereon, I could and would competently testify as to all the facts stated herein.

I certify under penalty of perjury that the foregoing statements are true and correct.

__OCT 1 1 2021__
Date

Thomas Lydeen

STATE OF MINNESOTA
COUNTY OF STEARNS

Signed and sworn to (or affirmed) before me on __OCT 1 1 2021__ by Thomas Lydeen.

Lorene Ann Zierden
Notary Public - Minnesota
My Commission Expires Jan. 31, 2024

Notary Public

OK038

AFFIDAVIT OF INDEBTEDNESS - 2


311614739


AFFINDEBT


21-20953-0